IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT

| | |
|---|---|
| DEBARA SUE ADAMS,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC<br>Defendant. | Civil Action No. 16-45 (BJR) |

### ORDER OF COURT:   ADR STIPULATION

The above case has been assigned to United States District Judge Arthur J. Schwab for all ADR matters.

On or before  **March 18, 2016**  , and pursuant to Rule 26(f), and as required by Local Rule 16.1.1, the attorneys of record and all unrepresented parties that have appeared in this case are jointly responsible for filing to the Court the following document:

    **(a)**    **a stipulation selecting an ADR process (pursuant to Local Rule 16.2) (02/2014 form) (Participation in the ADR process does not stay discovery).**

Document (a) may be downloaded from the Courts website at www.pawd.uscourts.gov forms.

SO ORDERED this 2nd day of March, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record